# UNITED STATES DISTRICT COURT

for the

## EASTERN DISTRICT OF MICHIGAN

Samuel Heidelberg,

|  |  |
|---|---|
| Plaintiff | **ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| Social Security, Commissioner of, | Case No.  14-14208 |
| | Magistrate Judge  Mona K. Majzoub |
| Defendant | |

Having considered the application to proceed *in forma pauperis*;

**IT IS ORDERED** that the application is:

✓ **GRANTED.**

☐ **DENIED**, for the following reasons:

✓ **IT IS FURTHER ORDERED** that the Clerk is directed to issue summons.

If denied the plaintiff is directed to pay the filing fee by _____.  Failure to pay the filing fee by this deadline may result in dismissal of the complaint.

s/Mona K. Majzoub
Mona K. Majzoub
U.S. Magistrate Judge

### Certificate of Service

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on this date by electronic means and/or first class mail.

Dated: November 3, 2014

s/ Karri Sandusky
Case Manager/DeputyClerk